```
           UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                 NORTHERN DIVISION
```

SHAWN WILSON                                              PETITIONER

V.                           CIVIL ACTION NO. 3:25-cv-251-TSL-RPM

BURL CAIN                                                 RESPONDENT

ORDER

This cause is before the objections of petitioner Shawn Wilson to the report and recommendation entered by Magistrate Judge Robert P. Myers on January 26, 2026, recommending that respondent Burl Cain's motion to dismiss be granted and that Wilson's petition for writ of habeas corpus under § 2254 be dismissed with prejudice. Having conducted a de novo review of the objected-to portion of the report and recommendation and having reviewed the remainder for clear error, the court concludes that the magistrate judge correctly found that the petition was untimely filed. The court thus adopts the report and recommendation as the opinion of the court. Petitioner's objections are overruled.[1]

IT IS, THEREFORE, ORDERED that petitioner's objections are overruled and the report and recommendation of the magistrate

---

1   The objections merely reurge petitioner's arguments from his response to the motion to dismiss which were thoroughly addressed and rejected in the report and recommendation.

judge is hereby adopted as the opinion of this court and respondent's motion to dismiss is granted. Accordingly, the petition for writ of habeas corpus, filed pursuant to § 2254, is hereby dismissed.

It is further ordered that a certificate of appealability is denied. Petitioner has failed to demonstrate that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right," nor has he shown that "jurists of reason would find it debatable whether [this] court was correct in its procedural ruling[s]." Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 10th day of February, 2026.


/s/ Tom S. Lee
RUNITED STATES DISTRICT JUDGE